UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-116 RM |
| ) | |
| MIGUEL LOPEZ (03) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 31, 2011 [Doc. No. 53]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Miguel Lopez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Superceding Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  February 18, 2011

                                          /s/ Robert L. Miller, Jr.
                                          Judge
                                          United States District Court